FILED

03/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0319

_____

350 MONTANA, ERIC HUSETH, ABIGAIL
HUSETH, and JEROME WALKER,

     Plaintiffs and Appellees,

   v.                               O R D E R

STATE OF MONTANA; NORTHWESTERN
CORPORATION; and DOES I THROUGH V,

     Defendants and Appellants.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2023